# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Frank Lindberg, | ) | Case No.: 4:12-mj-106 |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action July 2, 2012. The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Ryan Sandberg to represent defendant at his initial appearance.

On July 3, 2012, the court was advised that defendant had retained attorney Nikos Berkowitz to represent him at his detention hearing. Accordingly, the court **GRANTS** Mr. Sandberg leave to withdraw.

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2012.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge